LAWRENCE G. BROWN
Acting United States Attorney
JASON EHRLINSPIEL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
(916) 554-2743 Direct
(916) 554-2900 Facsimile

Attorneys for Defendant,
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA WATTS *and* ROBERT WATTS,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendants. | No. 2:09-CV-00059 FCD-DAD<br><br>**STIPULATION AND ORDER SETTING DATE TO RESPOND TO COMPLAINT** |

Plaintiffs Patricia Watts and Robert Watts through their counsel of record, and Defendant United States of America, through its counsel of record, hereby stipulate and agree that the United States Response to the Complaint will be filed on or before June 1, 2009.

                                              Respectfully submitted,

                                              LAWRENCE G. BROWN
                                              Acting United States Attorney

Dated:  May 5, 2009                     By:   */s/ Jason Ehrlinspiel*
                                              JASON EHRLINSPIEL
                                              Assistant U.S. Attorney

                                              Attorneys for Defendant,
                                              United States of America

|   |   |   |
|---|---|---|
|   |   | RAWLS & McNELIS, PC |
| Dated: May 5, 2009 | By: | */s/ Brewster Rawls*<br>BREWSTER S. RAWLS, PHV |
|   |   | Attorneys for Plaintiffs,<br>Patricia Watts *and* Robert Watts |

**IT IS SO ORDERED**.

Dated: May 5, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE